UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSE R. SPURLOCK | CIVIL ACTION |
| VERSUS | NO: 10-991 |
| MARLIN GUSMAN, ET AL. | SECTION: R(1) |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly, IT IS ORDERED that plaintiff Jesse R. Spurlock's claims be DISMISSED WITH PREJUDICE as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, this 21st day of May, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE